UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN ALTONIO PARKER, | ) | |
| Petitioner, | ) | 3:98-cv-00530-JCM-VPC |
| vs. | ) | |
| | ) | **ORDER** |
| RENEE BAKER, *et al.*, | ) | |
| Respondents. | ) | |

This capital habeas corpus action has been stayed, pending completion of state court proceedings, since December 14, 2004. *See* Order entered December 14, 2004 (ECF No. 63). The petitioner, Steven Altonio Parker, has filed periodic status reports during the stay of the case. *See id.*

In a status report filed June 15, 2015, Parker states:

> An amended judgment of conviction and memorandum of agreement regarding a stipulated sentence was entered on September 26, 2013, by the Honorable Michelle Leavitt, Eighth Judicial District Court, Case No. 90C092278.

Status Report (ECF No. 95), p. 1. There is no indication in the status report that Parker has any further state-court proceedings pending. Moreover, it appears that, because Parker's judgment of conviction has been amended, and because there is no indication that he has challenged the amended judgment in any state-court proceeding, this case may be moot.

1    The court will, therefore, require Parker to show cause why the stay of this action should not
2    be lifted, and why this case should not be dismissed without prejudice as moot.
3    Renee Baker is now the warden of Ely State Prison; therefore, pursuant to Federal Rule of
4    Civil Procedure 25(d), Renee Baker will be substituted for her predecessor, E.K. McDaniel, as the
5    respondent warden. Also, the Attorney General of the State of Nevada is Adam Paul Laxalt;
6    therefore, pursuant to Federal Rule of Civil Procedure 25(d), Adam Paul Laxalt will be substituted
7    for Frankie Sue Del Papa as the respondent attorney general.
8    **IT IS THEREFORE ORDERED** that the Clerk of the Court shall substitute
9    Renee Baker for E.K. McDaniel, on the docket, as the respondent warden; shall substitute Adam
10   Paul Laxalt for Frankie Sue Del Papa, on the docket, as the respondent attorney general; and shall
11   update the caption of the action to reflect these changes.
12   **IT IS THEREFORE ORDERED** that petitioner shall have **30 days** from the entry of this
13   order to file and serve a response to this order, showing cause why the stay of this action should not
14   be lifted, and why this case should not be dismissed without prejudice as moot. Thereafter,
15   respondents shall have **20 days** to respond, and then petitioner shall have **15 days** to reply.

Dated July 21, 2015.

_____
UNITED STATES DISTRICT JUDGE